**PATENT COMPLIANCE GROUP, INC., Plaintiff–Appellant,**

v.

**WRIGHT MEDICAL TECHNOLOGY, INC., Defendant–Appellee.**

No. 2011–1176.

United States Court of Appeals, Federal Circuit.

June 24, 2011.

Michael C. Zweber, Zweber P.C., Dallas, TX, for Plaintiff–Appellant.

Ben L. Krage, Krage & Janvey LLP, Dallas, TX, for Defendant–Appellee.

**ON MOTION**

**ORDER**

Upon consideration of Wright Medical Technology, Inc's unopposed motion to dismiss this appeal with prejudice, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.